CRIMINAL PROCEEDINGS – Video Change of Plea Hearing

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge: B. Lynn Winmill
Case No. 2:21-cr-188
Place: Video via Zoom
Time: 2:04 – 2:30 pm

Date: March 8, 2022
Deputy Clerk: Jamie Gearhart
Reporter: Tammy Hohenleitner

UNITED STATES OF AMERICA vs ANTOINNE JAMES HOLMES

Counsel for United States – Bryce Ellsworth (appearing via Zoom)
Counsel for Defendant – Douglas Phelps (appearing via Zoom)

(X) Defendant consents to proceeding by video conference.
(X) Defendant sworn for examination by the Court.
(X) Court finds the defendant competent to enter plea.
(X) Sentencing guidelines explained.
(X) Defendant's Constitutional Rights explained.
(X) Indictment furnished to defendant.
(X) Maximum Penalty:
    Life imprisonment
    At least 3 years of supervised release
    $1,000,000 fine
    $100 special assessment
(X) Defendant informed of the mandatory minimum 20-year sentence.
(X) Defendant informed this sentence may run consecutive to any other state or federal sentence.
(X) Signed Plea Agreement previously filed with the Court.
(X) The Government set forth the elements of the offense.
(X) Defendant withdrew his previous plea of NOT GUILTY and entered a GUILTY plea to Count One of the Indictment pursuant to the plea agreement. The Court accepts the plea and the plea agreement is taken UNDER ADVISEMENT pending review of the presentence report.

**Sentencing Set: June 22, 2022 at 11:00 a.m. in Coeur d'Alene, ID before Judge Winmill**
(X) Court ordered a presentence investigation report.
    Original report to Counsel:    5/11/2022
    Notification of Objections:    5/25/2022
    Final Report to Court and Counsel:    6/8/2022

(X) All sentencing materials are due one week prior to the date of the sentencing.

(X) Defendant remanded to the custody of the US Marshal Service.