RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, IDAHO 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINNE JAMES HOLMES,<br><br>Defendant. | Case No. 2:21-cr-00118-BLW<br><br>**UNITED STATES' SUPPLEMENTAL DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY** |

The United States of America, by and through Rafael Gonzalez, Jr., United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, provides the following discovery to Defense Counsel for the above named Defendant via U.S. File Exchange (USAfx) on March 22, 2022:

1. Investigative Reports; Bates Nos. 001079-001080.

The United States objects to any request for discovery by the Defendants which exceeds the requirements of Fed. R. Crim. P. 16 and 18 U.S.C. § 3500.

Pursuant to Fed. R. Crim. P. 16(b), the United States demands reciprocal discovery.

The United States will continue to provide discovery materials as they become available.

UNITED STATES' SUPPLEMENTAL DISCOVERY RESPONSE AND
DEMAND FOR RECIPROCAL DISCOVERY - 1

DATED this 22nd day of March, 2022.

                                          RAFAEL M. GONZALEZ, JR.
                                          UNITED STATES ATTORNEY
                                          By:

                                          *s/ Bryce B. Ellsworth*
                                          BRYCE B. ELLSWORTH
                                          Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2022, the foregoing **UNITED STATES' SUPPLEMENTAL DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY**, was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Douglas Phelps | ECF Filing |

*s/ McKenzie Williamson*
Legal Assistant